1  **CHLOE S. DILLON**
   California State Bar No. 273748
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Chloe_Dillon@fd.org

Attorneys for Ulises Romeo Lucas-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  19MJ24522-LL |
|---|---|
| Plaintiff, | Hon. Linda Lopez<br>Date: February 20, 2020<br>Time: 10:00 a.m. |
| v. | |
| ULISES ROMEO LUCAS-HERNANDEZ, | **Notice of motions and motions to:** |
| Defendant. | 1) **Dismiss the Complaint;**<br>2) **Preserve Evidence;**<br>3) **Compel Discovery;**<br>4) **Suppress Statements;**<br>5) **Exclude Testimony;**<br>6) **Grant leave to file further motions** |

TO:  Robert S. Brewer, Jr., United States Attorney, and
     Andrew Sherwood; Assistant United States Attorney:

**PLEASE TAKE NOTICE** that on February 20, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant, Ulises Romeo Lucas-Hernandez, by and through his attorneys, Chloe S. Dillon and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

NOTICE OF MOTIONS

## **Motions**

Mr. Lucas-Hernandez, by and through his attorneys, Chloe S. Dillon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Dismiss the Complaint;

2) Preserve Evidence;

3) Compel Discovery;

4) Suppress Statements;

5) Exclude Testimony; and

6) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 30, 2020

*s/ Chloe S. Dillon*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Lucas-Hernandez
Email: Chloe_Dillon@fd.org